Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Jessica M. Leano (SBN 323677)
leano.jessica@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499

Attorneys for Defendant Luxy Hair Co.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH RODRIGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>LUXY HAIR CO., a Nova Scotia company and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO: 3:23-CV-00657 LAB (BLM)<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint Filed:  March 8, 2023<br>Trial Date:  Not set |

/ / /

/ / /

/ / /

Defendant Luxy Hair Co. ("Luxy") hereby submits the following Certificate of Interested Parties.

The undersigned counsel of record for Luxy certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Rebekah Rodriguez
2. Defendant Luxy Hair Co.
3. BIG PledgeCo., LLC

Dated:  April 13, 2023

DORSEY & WHITNEY LLP

By: _____
KENT J. SCHMIDT
JESSICA M. LEANO
Attorneys for Defendant Luxy Hair Co.

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Rebekah Rodriguez v. Luxy Hair Co.,*
*USDC – Southern District of California*
*Case No. 3:23-CV-00657 LAB (BLM)*

## CERTIFICATE OF INTERESTED PARTIES

I hereby certify on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

DATED: April 13, 2023              DORSEY & WHITNEY LLP


                                   By:  */s/ Kent J. Schmidt*
                                         Kent J. Schmidt