| | |
|---|---|
| 1 | Kent J. Schmidt (SBN 195969) |
|   | schmidt.kent@dorsey.com |
| 2 | Jessica M. Leano (SBN 323677) |
|   | leano.jessica@dorsey.com |
| 3 | DORSEY & WHITNEY LLP |
|   | 600 Anton Boulevard, Suite 2000 |
| 4 | Costa Mesa, CA 92626-7655 |
|   | Telephone: (714) 800-1400 |
| 5 | Facsimile: (714) 800-1499 |

Attorneys for Defendant Luxy Hair Co.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH RODRIGUEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>LUXY HAIR CO., a Nova Scotia company and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO: 3:23-CV-00657-LAB-BLM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Filed Concurrently with Memorandum of Points and Authorities, Declaration of Kent J. Schmidt, Request for Judicial Notice, and [Proposed] Order]<br><br>Date:        June 12, 2023<br>Time:       11:15 a.m.<br>Courtroom: 14A<br><br>Complaint Filed: March 8, 2023<br>Trial Date: Not set |

/ / /

/ / /

/ / /

**TO THE COURT, AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Luxy Hair Co. ("Defendant" or "Luxy") will, and hereby does, move this Court for an order dismissing the Complaint filed by Plaintiff Rebekah Rodriguez ("Plaintiff") in its entirety with prejudice.

Defendant requests oral argument on this Motion, with a hearing on the Motion reserved for June 12, 2023 at 11:15 a.m. or as soon thereafter as the matter may be heard, in Courtroom 14A of the above-entitled court located at 333 West Broadway, San Diego, CA 92101, before the Honorable Larry Alan Burns. Pursuant to the Court's Standing Order in Civil Cases, the Court will notify Plaintiff and Defendant at least three (3) days before the scheduling hearing if oral argument is granted.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Kent J. Schmidt, the Request for Judicial Notice, the papers and records on file in this action, and such other written and oral arguments as may be presented to the Court at the hearing on this matter.

Dated:  May 2, 2023                                    DORSEY & WHITNEY LLP

By: _____
KENT J. SCHMIDT
JESSICA M. LEANO
Attorneys for Defendant Luxy Hair Co.

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Rebekah Rodriguez v. Luxy Hair Co.,*
*USDC – Southern District of California*
*Case No.:  3:23-CV-00657 LAB (BLM)*

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I hereby certify on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated:  May 2, 2023                                             DORSEY & WHITNEY LLP


                                                                By:  */s/ Kent J. Schmidt*
                                                                          Kent J. Schmidt