Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Jessica M. Leano (SBN 323677)
leano.jessica@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499

Attorneys for Defendant Luxy Hair Co.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>LUXY HAIR CO., a Nova Scotia company and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 3:23-CV-00657-LAB-BLM<br><br>**DECLARATION OF KENT J. SCHMIDT IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Filed Concurrently with Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, Request for Judicial Notice, and [Proposed] Order]<br><br>Date:        June 12, 2023<br>Time:        11:15 a.m.<br>Courtroom:  14A<br><br>Complaint Filed:  March 8, 2023<br>Trial Date:  Not set |

/ / /

/ / /

/ / /

## <u>DECLARATION OF KENT J. SCHMIDT</u>

I, Kent J. Schmidt, declare as follows:

1.      I am an attorney at law, duly licensed and admitted to practice before all of the courts of the State of California, and am a partner with the law firm of Dorsey & Whitney LLP, counsel of record for Defendant Luxy Hair Co. ("Defendant" or "Luxy") in this action.  I submit this declaration in support of Luxy's Motion to Dismiss Plaintiff's Complaint.  I have personal knowledge of the facts set forth in this declaration, except as to those which are stated on information and belief, and could testify thereto if called upon to do so.

2.      Attached as **Exhibit A** hereto is a representative printout of the webpage titled "Before & After" on Luxy's public e-commerce website.  This representative printout compiles the video, images, text, and other content depicted on the webpage.  The image embedded in paragraph 15 of the Complaint was apparently taken from this page of Luxy's website.

3.      The same webpage may be accessed at the following URL: https://www.luxyhair.com/pages/before-and-after?from=mobilemenu.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed this 2nd day of May 2023, at Mission Viejo, California.

_____
Kent J. Schmidt

# EXHIBIT A



## Get instant length




**BEFORE**

Without Luxy Hair extensions

**AFTER**

With 20" Classic 160g Ash Brown Luxy Hair ›

**SHOP HAIR EXTENSIONS**

## Add Volume



**BEFORE**

Without Luxy Hair extensions

**AFTER**

With 16" Ash Blonde Luxy Hair ›

**SHOP HAIR EXTENSIONS**

2

## Color Without Damage





←   →

**BEFORE**
Without Luxy Hair extensions

**AFTER**
With 20" Seamless Chocolate Brown Balayage Luxy Hair >

**SHOP HAIR EXTENSIONS**

## The Life-changing Magic of Luxy Hair

Luxy Hair extensions are helping women around the world feel confident, beautiful, and empowered. We're so grateful and humbled to be a part of your transformation.

(7,829)





These are extensions that you can clip in when you want long and thick hair, and just clip out at the end of the night. What a wonderful invention, I was thrilled, and I felt beautiful.

**VICTORIA**

READ FULL STORY

When I finally had my Luxy Hair in and styled, I looked in the mirror, and began to tear up. I couldn't believe it...I had my hair back. The extensions made my hair look just like it had before I had gotten sick, maybe even better.

**MCKENNA**

READ FULL STORY

I couldn't believe how natural they looked! All the years wishing I could have long hair were long over, and I had learned to accept the hair that I had, but my extensions gave me just a little more confidence.

**KHEYRA**

READ FULL STORY

READ ALL REVIEWS

3

# TAG @LUXYHAIR ON INSTAGRAM FOR A CHANCE TO BE FEATURED

GET A DISCOUNT ON YOUR FIRST ORDER + INSIDER HAIR TIPS IN YOUR INBOX

Enter email address

**SIGN ME UP**

By signing up, you agree to receive Beauty Industry Group and its Affiliated Entities offers, promotions and other commercial messages. You are also agreeing to Beauty Industry Group and its Affiliated Entities conditions of use, Privacy Policy and Terms of Conditions. You may unsubscribe at any time.

**LUXY HAIR**
Our Story
Our Factory
CA Transparency
Luxy Hair Reviews
Hair Extensions 101
Become an Ambassador
Careers

**NEED HELP?**
My Account
Help & Support
Shipping & Delivery
Help Me Choose (Quiz)
Virtual Try On
Payments & Pricing
Exchanges, Returns & Refunds
Order Status
Contact Us

**WHY LUXY HAIR**
Why Luxy Hair®?
100% Remy Hair
Before and after
Shipping Worldwide
Helpful Hair Tutorials
Luxy Hair Reviews
Give $25, Get $25
Hair Recycling Program
Accessibility

**CONNECT WITH US**
YouTube
Instagram
Pinterest
Facebook
TikTok

$ USD

© 2023, Luxy Hair Co., All Rights Reserved. Prices shown in your local currency.

Privacy Policy   Cookie Policy   Terms and Conditions

AMERICAN EXPRESS   MasterCard   PayPal   VISA

Notice at Collection   Your Privacy Choices

?

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

All Case Participants are registered for the USDC CM/ECF System

***Rebekah Rodriguez v. Luxy Hair Co.,***
***USDC – Southern District of California***
***Case No.:  3:23-CV-00657 LAB (BLM)***

### DECLARATION OF KENT J. SCHMIDT IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I hereby certify on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated:  May 2, 2023                                    DORSEY & WHITNEY LLP

By:  */s/ Kent J. Schmidt*
Kent J. Schmidt