1  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
2  PACIFIC TRIAL ATTORNEYS, P.C.
   4100 Newport Place Drive, Suite 800
3  Newport Beach, CA  92660
   Tel: (949) 706-6464
4  Fax: (949) 706-6469

5  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated, | Case No.  3:23-cv-00398-L-DEB |
|---|---|
| Plaintiff, | **DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT** |
| v. | |
| THE HERSHEY COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | [Memorandum of Points and Authorities; Response to Def.'s RJN; Objection to Mazzuchetti Decl. filed concurrently herewith] |
| | Date:         June 19, 2023<br>Time:        10:30 a.m.<br>Judge:       Hon. M. James Lorenz<br>Courtroom: N/A |

# DECLARATION OF SCOTT J. FERRELL

I, Scott J. Ferrell, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California, as well as in all of the federal judicial districts therein.  I am the founding partner of Pacific Trial Attorneys, P.C., counsel for plaintiff Rebeka Rodriguez ("Plaintiff").  If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based on my own personal knowledge or based upon my review of the files and records maintained by Pacific Trial Attorneys in the regular course of business.

2.      The website at https://www.thehershey.com/en_us/home.html (the "Website") has a banner addressing its Cookie Policy and Cookie Settings with text that is in 9.5 point typeface size in Arial font.  Attached hereto as **Exhibit "1"** is a true and correct copy of the banner on the homepage of Defendant's website at: thehersheycompany.com/en_us/home.html addressing the Cookies Settings and attaching a hyperlink to Defendant's Cookie Policy as of May 16, 2023.

3.      The Website has a "Contact Us" hyperlink that, if clicked, takes the user to a webpage that allows users to send an email to Defendant regarding a variety of topics including, but not limited to, where to buy Defendant's products.  In order to send such email to Defendant, the user must input the user's first name, last name, email address, and zip code.  Attached hereto as **Exhibit "2"** is a true and correct copy of the webpage at: https://www.thehersheycompany.com/en_us/home/contact-us.html as of May 30, 2023.

4.      The Website has a "Product Locator" hyperlink that, if clicked, takes the user to a webpage that invites users to "SIGN UP FOR THE NEWSLETTER" by typing the user's email address.  Attached hereto as **Exhibit "3"** is a true and correct copy of the webpage at: https://www.hersheyland.com/home/where-to-buy.html?ps-sku=00034000290055 as of May 30, 2023.

5.      That same "Product Locator" hyperlink, if clicked, takes the user to a

webpage at which online retailers sell Defendant's products, and nearby brick-and-mortar retail stores are identified based upon the input of the user's city, state, or zip code.

6. The Website has a hyperlink named "Hershey Store" at the bottom of each webpage that connects the user to Defendant's online store at which it is possible to purchase Defendant's products online directly from Defendant. The landing page for such "Hershey Store" hyperlink is: https://shop.hersheys.com/. Attached hereto as **Exhibit "4"** is a true and correct copy of the webpage at: https://shop.hersheys.com/ as of May 30, 2023.

7. Although Defendant assumes that the pre-filing demand letter dated December 19, 2022, and accompanying draft complaint, (Mazzuchetti Decl. ¶¶ 4-5 & Exs. T, U), were intended to address Plaintiff's individual claim, (Def.'s Mem. at 5:23-6:8), Defendant's assumption is mistaken. That letter and draft complaint were intended to address the claims of other individual clients of Plaintiff's counsel's law firm who watched different videos (other than the video that Plaintiff subsequently watched in February 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on June 5, 2023.

*/s/ Scott J. Ferrell*
Scott J. Ferrell

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2023, I electronically filed the foregoing **DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                    /s/Scott J. Ferrell
                                                  Scott J. Ferrell